UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO.: 1:13-CV-23925-CMA

ANDRES M. VAZQUEZ,

       Plaintiff,

vs.

BAYVIEW LOAN SERVICING, LLC,

       Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, ANDRES M. VAZQUEZ, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                Respectfully submitted,

                /s/Yechezkel Rodal
                YECHEZKEL RODAL, ESQ.
                Florida Bar No. 91210
                LOAN LAWYERS, LLC
                *Attorneys for Plaintiff*
                377 North State Road 7, Suite 202
                Plantation, FL 33317
                Telephone: (954) 523-4357
                Facsimile: (954) 581-2786
                chezky@floridaloanlawyers.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on December 9, 2013 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Gary Michael Freedman, Esq.
Tabas, Freedman & Soloff, P.A.
One Flagler Building
14 N.E. 1st Ave.-Penthouse
Miami, FL 33132
Counsel for Defendant BAYVIEW
Service by CM/ECF

                                        LOAN LAWYERS, LLC
                                        *Attorneys for Plaintiff*
                                        377 North State Road 7, Suite 202
                                        Plantation, FL 33317
                                        Telephone: (954) 523-4357
                                        Facsimile: (954) 581-2786

                                        */s/Yechezkel Rodal*
                                        YECHEZKEL RODAL, ESQ.
                                        Florida Bar No. 91210
                                        chezky@floridaloanlawyers.com